25

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES OF AMERICA

v.

MARCOS PRIETO-MENDIOLA

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cR3457-JM

I, MARCOS PRIETO-MENDIOLA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x [signature]
MARCOS PRIETO-MENDIOLA
Defendant

[signature]
VICTOR MANUEL TORRES
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER